# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Harman,<br><br>    Plaintiff,<br><br>v.<br><br>MRS Associates Incorporated, et al.,<br><br>    Defendants. | No. CV-14-00985-PHX-GMS<br><br>**ORDER** |

  **IT IS ORDERED** granting the parties Stipulation for Dismissal (Doc. 20). This matter is dismissed in its entirety with prejudice and without costs to any party.

  Dated this 22nd day of August, 2014.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge